RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 28 2025

FILED
DOCKETED _____ DATE
INITIAL

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

Angel Felipe Aleman
Appellant(s),

9th Cir. Case No. 25:1455

vs.

District Court or
BAP Case No. 5:25-CV-00241-HDV-MAR

Vitol & SK Energy America, Inc.,
Appellee(s).

## APPELLANT'S INFORMAL OPENING BRIEF

*(attach additional sheets as necessary, up to a total of 50 pages including this form)*

**JURISDICTION.** This information helps the court determine if it can review your case.

1.  Timeliness of Appeal:

    a.  What is the date of the judgment or order that you want this court to review? 1-31-25, Document Number: 4, MD JS-6, Case Terminated

    b.  Did you file any motion, other than for fees and costs, after the judgment was entered? Answer yes or no: yes

        • If you did, on what date did you file the motion? 2-24-25

        • For prisoners or detainees, what date did you give the motion to prison authorities for mailing? 2-16-25

        • What date did the district court or bankruptcy appellate panel (BAP) decide the motion that you filed after judgment? 3-3-25

    c.  What date did you file your notice of appeal? 2-24-25

        • For prisoners or detainees, what date did you give your notice of appeal to prison authorities for mailing? 2-16-25

9th Cir. Case No. 25-1455                 Page 2

**FACTS.** Include all facts that the court needs to know to decide your case.

2. What are the facts of your case? I got a ligetament case, but I filed in the wrong Court. Im not a real lawyer. The district court says I should have filed in the state court. "Opps! I Appoligize. Can the Court of Appeals please transffer my case to the state court?

Here are the facts of my case. I was reading the news paper and I ran accross an article that said: GET your Money in California gas settlement. Submit a claim before the Jan. 8th deadline. California Attorney General Rob Bonta is reminding California residents who purchased gas in Southern California between Feb 20, 2015 and Nov 10, 2016 to submit a claim by the Jan 8, deadline for a payment under the state's antitrust settlement.

The settlement resolved a lawsuit filed in 2020 by the California Department of Justice. The lawsuit alleged Vitol and SK Energy Americas, Inc., along with its parent company SK Trading International, worked together to "manipulate spot market prices" for California gas, ultimately driving up prices to profit off following a disrupted market due to an explosion at a gasoline refinery in Torrance in 2015, according to a news release in July from Bonta.

"When companies conspire to unlawfully raise prices for consumers, my office steps in, just as we did with our litigation and settlement against two gas trading firms", Bonta said. "As part of this settlement, I am proud to deliver money back to Californians who may have been impacted by gas price manipulation". The gas trading firms did not admit to breaking any laws in the settlement, according to the settlement website

Bonta urged Californian residents to submit a claim for payment in a news release. Here's how to submit a claim if you think your eligible (see ATTACHMENT. The news clipping).

9th Cir. Case No. 25-1455                                      Page 3

**PROCEEDINGS BEFORE THE DISTRICT COURT OR THE BAP.** In this section, we ask you about what happened before you filed your notice of appeal with this court.

3.   What did you ask the district court or the BAP to do—for example, did you ask the court to award money damages, issue an injunction, or provide some other type of relief?

yes I mentioned relief, Compensation, punitive Damages and anything the court Deemd equitable Just and proper. But I left it blank #_____.

4.   What legal claim or claims did you raise in the district court or at the BAP?

None, I Just told them about the Settlement.

5.   **Exhaustion of Administrative Remedies.** For prisoners, did you use up all administrative remedies for each claim before you filed your complaint in the district court? If you did not, please tell us why.

The Jail Would not except my grivance. They Told me they do not answer to grivances of that Nature.

9th Cir. Case No. 25-1455                                    Page 4

**PROCEEDINGS BEFORE THE COURT OF APPEALS.** In this section, we ask you about issues related to this case before the court of appeals and any previous cases you have had in this court.

6.      What issues are you asking the court to review in this case? What do you think the district court or the BAP did wrong? I'm asking the Court of Appeals to review my case and help me to transfer my case to the State court were it belongs.

The district court did nothing wrong, I filed in the wrong court.

7.      Did you present all issues listed in Question 6 to the district court or the BAP? Answer yes or no: _____yes_____

If not, why not?

9th Cir. Case No. 25-1455 _____ Page 5

8. What law supports these issues on appeal? (You may refer to cases and statutes, but you are not required to do so.)

The Attachment of the News paper clipping that I Attached to this document.

9th Cir. Case No. 25-1455                            Page 6

9. **Other Pending Cases.** Do you have any other cases pending in the court of appeals? If so, give the name and docket number of each case.

No.

10. **Previous Cases.** Have you filed any previous cases that the court of appeals has decided? If so, give the name and docket number of each case.

No.

Angel Felipe Aleman #202436597
_____
Name

1627 S. Hargrave St

Banning, CA 92220
_____
Address

Angel Aleman
_____
Signature

3-17-25
_____
Date

# Get your money in California gas settlement

## Submit a claim before the Jan. 8th deadline

**Paris Barraza**
Palm Springs Desert Sun
USA TODAY NETWORK

California Attorney General Rob Bonta is reminding California residents who purchased gas in Southern California between Feb. 20, 2015, and Nov. 10, 2015, to submit a claim by the Jan. 8 deadline for a payment under the state's antitrust settlement.

The settlement resolved a lawsuit filed in 2020 by the California Department of Justice. The lawsuit alleged Vitol and SK Energy Americas, Inc., along with its parent company SK Trading International, worked together to "manipulate spot market prices" for California gas, ultimately driving up prices to profit off following a disrupted market due to an explosion at a gasoline refinery in Torrance in 2015, according to a news release in July from Bonta.

"When companies conspire to unlawfully raise prices for consumers, my office steps in, just as we did with our litigation and settlement against two gas trading firms," Bonta said. "As part of this settlement, I am proud to deliver money back to Californians who may have been impacted by gas price manipulation."

The gas trading firms did not admit to breaking any laws in the settlement, according to the settlement website.

Bonta urged Californian residents to submit a claim for payment in a news release. Here's how to submit a claim if you think you're eligible.

### How do I know if I'm eligible to submit a claim?

Do you live in California? If yes, then determine whether you purchased gas between Feb. 20, 2015, and Nov. 10, 2015, in the following Southern California counties:

- Los Angeles
- San Diego
- Orange
- Riverside
- San Bernardino
- Kern
- Ventura
- Santa Barbara
- San Luis Obispo
- Imperial

If you meet the above criteria, you can submit a claim. If you have any questions about your eligibility, you can call 1-877-725-7523 or email peoplesinfo@calgaslitigation.com.

### When can I submit a claim?

Californians have until Jan. 8, 2025, to submit a claim form. You can submit a claim form online by visiting vlc.calgaslitigation.com. You can also request a form to fill out and send by mail, though those forms must be postmarked no later than Jan. 8, 2025.

### How will I receive my payment?

People whose valid claims will receive payment electronically, such as through PayPal, Venmo or Zelle, or by a paper check.

### How much money will I receive?

People with valid claims will receive payment from a pool of $37,500,000. After deductions for various expenses, the remaining amount will be divided equally among those who make a claim.

### When will I get my payment?

A court hearing on Feb. 28, 2025, in San Francisco will determine whether the settlement is approved. It may lead to appeals, and that could delay the process. Payments will be made following the conclusion of the appeal.

### What if I bought gas in California while visiting?

Concurrent with this settlement is the California Gasoline Spot Market Antitrust Settlement. The people eligible for this settlement are businesses and people who weren't California residents when they purchased gas. More specifically, it's for people who lived outside California and businesses, regardless of location, who purchased gas between Feb. 18, 2015, and May 31, 2017. People who are eligible for this settlement must submit a claim by Jan. 8, 2025. Visit calg.calgaslitigation.com to do so or learn more.

*Paris Barraza is a trending reporter covering California news at The Desert Sun. Reach her at pbarraza@gannett.com. Follow her on Twitter @ParisBarraza.*


GETTY IMAGES

> "When companies conspire to unlawfully raise prices for consumers, my office steps in, just as we did with our litigation and settlement against two gas trading firms. As part of this settlement, I am proud to deliver money back to Californians who may have been impacted by gas price manipulation."

**Rob Bonta**
California Attorney General

Case: 25-1455, 03/28/2025, DktEntry: 7.1, Page 7 of 9



**Thursday, January 16**

## Dan Buettner

**EXPERT ON *BLUE ZONES***

Celebrated Author and National Geographic Fellow, Sharing the Keys to Health & Longevity

**Friday, February 7**

## Stephen Harper

**FORMER PRIME MINISTER OF CANADA**

Global Leader Known for His Dedication to Prosperity, Security & Conservative Principles



**Tuesday, March 4**

## Mitch Albom

**AUTHOR OF *TUESDAYS WITH MORRIE***

His Heartfelt Stories and Profound Narratives Inspire Reflections on Life's Greatest Lessons



**Monday, March 31**

## Megyn Kelly

**JOURNALIST AND HOST OF THE MEGYN KELLY SHOW**

Known for Her In-Depth Reporting and Ability to Navigate the Intersection of News & Culture

Renaissance Esmeralda Resort & Spa, Indian Wells • Call for Tickets (760) 610.2852

PRESENTED BY          SPONSORED BY          MEDIA SPONSORS

H.N. AND FRANCES C. BERGER FOUNDATION — FOSTER-GARDNER, INC. — INDIAN WELLS — ROEMER&HARNIK — NEWS — 94.3 104.7 — RENAISSANCE — SUNRISE COMPANY — Valentine • Dougherty • Clark Wilson • Aguirre 111 Wealth Management Group at Morgan Stanley — WEST COAST TURF — PALM SPRINGS LIFE — Desert Sun | LOCALIQ

**We're Social. Like us. Follow us. You get it.**

DESERT FORUM, INC. • 760.610.2852 • INFO@DESERTTOWNHALL.ORG • WWW.DESERTTOWNHALL.ORG



The Teamsters said that Amazon had failed to meet a Dec. 15 deadline to come to the negotiating table. Amazon has repeatedly refused to recognize the union. CODY SCANLAN/DES MOINES REGISTER

# Amazon workers approve strike at 4 Calif. facilities

## Authorizations cover Teamsters workers at 4 warehouses

LOS ANGELES – Amazon workers in Southern California represented by the Teamsters union authorized a strike at four warehouses, days after strikes were authorized in New York and Illinois.

The authorizations, announced in a Tuesday news release, cover Teamsters workers at warehouses in the City of Industry, San Bernardino, Victorville and Palmdale. The authorizations allow for strikes to take place but does not guarantee they will happen.

The Teamsters said that Amazon had failed to meet a Dec. 15 deadline to come to the negotiating table and threatened "large-scale labor actions at a critical time of year."

"We know how important our air hub is to Amazon's operations," Tobias Cheng, a worker at the KSBD air hub in San Bernardino, said in the

"We aren't asking for much. We just want what everyone else in America wants – to do our jobs and get paid enough to take care of ourselves and our families. And Amazon isn't letting us do that."

**James Saccardo**
A worker at the JFK8 facility

is another attempt to push a false narrative."

## Amazon strikes authorized in New York and Illinois

Strikes have also been authorized at the DIL7 Amazon delivery station in Skokie, Illinois, and at the JFK8 and DBK4 facilities in New York City.

The threatened strikes would hit the online retail monolith in the middle of the crucial holiday season. However, representatives of the company told CNN Tuesday that the potential strikes would not interrupt holiday business.

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 25. Certificate of Service for paper fileing

9th Cir. Case Number(s): 25-1455

Case Name: Angel Felipe Aleman V. Vitol & SK Energy A-
merica, Inc.,

I certify that I Served on the person(s) listed be-
low, either by mail or hand delivery, a Copy of the: APPELLANT'S
INFORMAL OPENING BRIEF. and any attachments.

Angel Aleman                    3-17-25

On rare occasians there is no oppossing
parties. This case is one of those cases.